# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2671 Disciplinary Docket No. 3 |
| | : | |
| ROSENDO F. DACAL | : | Board File No. C4-19-134 |
| | : | |
| | : | (Washington County Court of Common |
| | : | Pleas, No. CP-63-CR-892-2018) |
| | : | |
| | : | Attorney Registration No. 43694 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 30th day of December, 2019, having received no response to a rule to show cause why Rosendo F. Dacal should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension.  *See* Pa.R.D.E. 214(d)(2).  He shall comply with all the provisions of Pa.R.D.E. 217.


   Justice Todd did not participate in the consideration or decision of this matter.